# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK A. KLINE and SHARON L. KLINE, | : | Civil No. 1:19-CV-00676 |
| Plaintiffs, | : | |
| v. | : | |
| PROGRESSIVE CORP., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of December, 2019, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that the Defendant's motion to dismiss (Doc. 3) is **GRANTED**. Accordingly, **IT IS ORDERED** as follows:

1. The Plaintiffs' bad faith claim is dismissed without prejudice.

2. The Plaintiffs' unfair claim settlement practices claim is dismissed with prejudice.

3. The Plaintiffs' prayer for attorneys' fees arising out of their breach of contract claim is stricken from the complaint.

4. Plaintiffs may file an amended complaint on or before **January 7, 2020**.

5. If Plaintiffs do not file an amended complaint by the above date, Defendant shall file an answer to the Plaintiffs' complaint in accordance with the Federal Rules of Civil Procedure.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: December 17, 2019